MINUTE ENTRY
BROWN, J.
MARCH 1, 2013
**JS10: 00:35**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BENJAMIN WISCHNEWSKY ET AL                    CIVIL ACTION

VERSUS                                        NUMBER: 12-2277

COASTAL GULF & INTERNATIONAL, INC.            SECTION:  "G" (4)
ET AL

JUDGE NANNETTE JOLIVETTE BROWN PRESIDING

**FRIDAY, MARCH 1, 2013 AT 10:00 A.M.**

CASE MANAGER:          Rebecca Leto
LAW CLERK:             Samantha Duplantis
COURT REPORTER:        Cathy Pepper

APPEARANCES:

•   Edward Tuddenham, Getman & Sweeney, PLLC, Philip Bohrer, Bohrer Law Firm, on behalf of plaintiffs

•   Jennifer L. Anderson, Mary M. LeBato, Jones Walker, on behalf of defendants

**MOTION TO CONDITIONALLY CERTIFY A FLSA COLLECTIVE ACTION AND SEND NOTICE TO THE CLASS by Plaintiffs [21]**

Case called at 10:15 a.m.
Counsel make appearances.
Counsel for plaintiff presents argument.
Plaintiff offers to the Court the Opinion issued on February 28, 2013 by United States District Judge Eldon E. Fallon in USDC, EDLA, Civil Action No. 12-2177, *Ndita v. American Cargo Assurance, LLC, et al.*
Counsel for defendant presents argument.
Court orders plaintiff to respond.
Further argument by defendant.
Motion taken under advisement.